IN THE MATTER OF SIDNEY SARNER.

*Messrs. Back, Nussman & Rose* for the petitioner.

September 29, 1959.   Denied.